**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE**

**CASE NO. 7:10-cv-2-KKC**

UNITED STATES OF AMERICA, o/b/o
Hilda L. Solis, Secretary of Labor,
United States Department of Labor,
Mine Safety and Health Administration                       PLAINTIFF

v.           **RULE 7.1 DISCLOSURE STATEMENT**

KING BROTHERS COAL, INC., ET AL                         DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

    Comes the Defendant, King Brothers Coal, Inc., by and through counsel, and hereby states for its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that the Defendant is a Kentucky corporation which has neither a parent corporation nor a publicly held corporation that owns 10% or more of the Plaintiff's stock.

    Respectfully submitted,

/s/ Billy R. Shelton
BILLY R. SHELTON, ESQ.
Jones, Walters, Turner & Shelton PLLC
151 N. Eagle Creek Drive, Suite 310
Lexington, KY 40509
(859) 2984-6868
(859) 294-6866 Facsimile

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served in accordance with the rules applicable to electronic filing upon the following on this the 15th day of January, 2010:

Hon. H. Davis Sledd  
Assistant United States Attorney  
260 West Vine Street, Suite 300  
Lexington, KY 40507  
davis.sledd@usdoj.gov  
  *Counsel for Plaintiff*


/s/ Billy R. Shelton_____  
BILLY R. SHELTON