UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CASE NO. 7:10-cv-2-KKC**

| | |
|---|---|
| UNITED STATES OF AMERICA, o/b/o<br>Hilda L. Solis, Secretary of Labor,<br>United States Department of Labor,<br>Mine Safety and Health Administration | PLAINTIFF |
| v. | **ANSWER** |
| KING BROTHERS COAL, INC., ET AL | DEFENDANTS |

* * * * * * * * * * * * * *

Come the Defendants, King Brothers Coal, Inc., Larry King and Barry King, by and through counsel, and for their Answer to the Plaintiff's Complaint filed herein, state as follows:

### FIRST DEFENSE

1.  The Complaint fails to state a cause of action upon which relief can be granted and therefore, should be dismissed.

### SECOND DEFENSE

2.  These Defendants are without sufficient information or knowledge to admit or deny the allegations set out in Paragraph Nos. 1, 2, 3, 4 and 5 of the Complaint and, therefore, deny the same.

3.  These Defendants deny the allegations set out in Paragraph Nos.6 and 7 of the Complaint.

4.  The Defendants, Larry King and Barry King admit the allegations set out in

Paragraph No. 8 of the Complaint.

5. These Defendants are without sufficient information or knowledge to admit or deny the allegations set out in Paragraph Nos. 9, 10, 11, 12, 13, 14 and 15 of the Complaint and, therefore, deny the same.

6. These Defendants deny the allegations set out in Paragraph Nos. 16 and 17 of the Complaint.

7. These Defendants are without sufficient information or knowledge to admit or deny the allegations set out in Paragraph Nos. 18, 19, 20, 21, 22, 23, 24, 25 & 26 of the Complaint and, therefore, deny the same.

8. These Defendants deny each and every other allegation set out in the Complaint previously not admitted thereto.

## THIRD DEFENSE

9. These Defendants assert all affirmative defenses set forth in FRCP 8 which are supported by the facts, whether known at this time, and specifically reserve the right to assert any and all affirmative defenses that arise or become known to these Defendants through the course of discovery.

## FOURTH DEFENSE

10. These Defendants state and assert that all claims raised by the Plaintiff are barred as a result of their failure to mitigate damages.

## FIFTH DEFENSE

11. These Defendants state and assert that all claims raised by the Plaintiff are barred as a result of their failure to exhaust administrative remedies.

### SIXTH DEFENSE

12. The Plaintiffs' claims against these Defendants are barred as a result of the United States Constitution, specifically, the Plaintiff's failure to provide substantive due process to these Defendants by failing to provide them with notice of the citations and civil penalties at issue herein and an opportunity to contest same.

### SEVENTH DEFENSE

13. The Plaintiff's claims against these Defendants are barred as a result of the principles of res judicata, collateral estopple and waiver.

WHEREFORE, these Defendants pray as follows:

1. That the Complaint be dismissed and that the Plaintiff take nothing thereby.

2. For their costs herein expended, including a reasonable attorney's fee.

3. For all other proper relief.

    Respectfully submitted,

/s/ Billy R. Shelton
BILLY R. SHELTON, ESQ.
Jones, Walters, Turner & Shelton PLLC
151 N. Eagle Creek Drive, Suite 310
Lexington, KY 40509
(859) 2984-6868
(859) 294-6866 Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served in accordance with the rules applicable to electronic filing upon the following on this the 15th day of January, 2010:

Hon. H. Davis Sledd
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507
davis.sledd@usdoj.gov
  *Counsel for Plaintiff*


/s/ Billy R. Shelton_____
BILLY R. SHELTON