UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CASE NO. 7:10-cv-2-KKC**

UNITED STATES OF AMERICA, o/b/o
Hilda L. Solis, Secretary of Labor,
United States Department of Labor,
Mine Safety and Health Administration                         PLAINTIFF


v.          **NOTICE OF SERVICE OF REQUESTS FOR ADMISSIONS, FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS UPON THE PLAINTIFF**


KING BROTHERS COAL, INC., ET AL                               DEFENDANTS

* * * * * * * * * * * * *

The Defendants, King Brothers Coal, Inc., Larry King and Barry King, by and through counsel, hereby give Notice of Service of the Defendants' Requests for Admissions, First Set of Interrogatories and Request for Production of Documents upon the Plaintiff, on January 15, 2010.

Respectfully submitted,

/s/ Billy R. Shelton
BILLY R. SHELTON, ESQ.
Jones, Walters, Turner & Shelton PLLC
151 N. Eagle Creek Drive, Suite 310
Lexington, KY 40509
(859) 2984-6868
(859) 294-6866 Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served in accordance with the rules applicable to electronic filing upon the following on this the 15th day of January, 2010:

Hon. H. Davis Sledd
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507
davis.sledd@usdoj.gov
  *Counsel for Plaintiff*

/s/ Billy R. Shelton_____
BILLY R. SHELTON